IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02909-LTB-MEH

SHARON KRAMER,

    Plaintiff,

v.

MERCY HOUSING, INC., a Nebraska nonprofit corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 1, 2011.**

    The Unopposed Motion for Protective Order [filed March 30, 2011; docket #13] is granted. The proposed protective order is accepted and entered contemporaneously with this minute order.