**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-02909-LTB-MEH

SHARON KRAMER,

        Plaintiff,

v.

MERCY HOUSING, INC., a Nebraska nonprofit corporation,

        Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc 18 - filed June 10, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                      _s/Lewis T. Babcock_
                                      Lewis T. Babcock, Judge

DATED:   June 13, 2011